IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATURNINO PRADO,<br><br>    Petitioner,<br><br>  vs.<br><br>WARDEN,<br><br>    Respondent. | No. C 08-4602 JSW (PR)<br><br>**TRANSFER ORDER**<br><br>(Docket No. 2) |

    Petitioner, a California prisoner incarcerated at California State Prison-Sacramento in Represa, California, seeks federal habeas review of his conviction from Los Angeles County, which lies within the venue of the Central District of California. See 28 USC § 84(b). Venue is proper in a habeas action in either the district of conviction or the district of confinement, see id § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Because the County of Los Angeles lies in the Central District of California, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California. Because this Court is transferring Petitioner's case to the Central District of California, it will not resolve the pending motion seeking in

1  forma pauperis status (docket no. 2).

2  The Clerk of the Court is directed to transfer this matter forthwith.

3  IT IS SO ORDERED.

4  DATED: October 20, 2008  _____
   JEFFREY S. WHITE
5  United States District Judge

2

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

SATURNINO PRADO,

        Plaintiff,

  v.

WARDEN, et al,

        Defendant.
        _____ /

Case Number: CV08-04602 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saturnino Prado #P98312
P.O. Box 290066
Represa, CA 95671

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk