E-FILED: **10/27/2008**
**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SATURNINO PRADO,                      )      No. CV 08-6909-GHK(CW)
                                      )
              Petitioner,             )      JUDGMENT
                                      )
         v.                           )
                                      )
WARDEN,                               )
                                      )
              Respondent.             )
_____)


**IT IS ADJUDGED** that the petition is dismissed as successive.


DATED:   __10/27/08__



                                   _____
                                        GEORGE H. KING
                                   United States District Judge